OLE L. SNYDER et al., Appellants, *v.* EDWIN R. REDHEAD et al., Respondents.

*Snyder* v. *Redhead*, 157 App. Div. 944, affirmed.
(Argued October 28, 1915; decided November 16, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 13, 1913, affirming a judgment in favor of defendants entered upon upon a decision of the court on trial at an Equity Term in an action to compel specific performance of an oral contract to exchange real property. The only question at issue was as to what were the provisions of the contract.

*Edward C. Randall* and *Benjamin S. Dean* for appellants.

*Edward R. O'Malley* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.